**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 30, 2012 |
| Court Reporter: Janet Coppock | Time: 43 minutes |
| Probation Officer:  Gary Burney | Interpreter: Marcella Salazar and Susanna Cahill |

**CASE NO.  11-CR-00279-PAB-05**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Barbara Skalla |
| Plaintiff, | |
| vs. | |
| **5.  MARICELA FERNANDEZ-CASTELLANOS,** | Dana Casper |
| Defendant. | |

**CHANGE OF PLEA**

**3:02 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

Interpreter Marcella Salazar is sworn with no challenges to her qualifications.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
11-CR-00279-PAB-05
July 27, 2012

**ORDERED:**  Probation department shall correct the presentence investigation report as stated on the record.

**ORDERED:**  Defendant's Unopposed Motion to Strike (Doc #299) is **WITHDRAWN**.

Argument by Ms. Skalla in support of the Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #325).

Court states its findings.

**ORDERED:**  Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #325) is **GRANTED.**

Argument by Ms. Casper in support of defendant's objections to the presentence investigation report.  Questions by the Court.

Argument by Ms. Skalla.

Comments by the Court.

**3:33 p.m.**     Interpreter Susanna Cahill is sworn with no challenges to her qualifications.

Ms. Casper addresses sentencing.

Ms. Skalla addresses sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered her plea on **March 8, 2012** to counts **One, Two and Three of the Information.**

**ORDERED:**  Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**  Defendant shall be **imprisoned** for **28** months as to counts one, two and three, to be served concurrently.

Page Three
11-CR-00279-PAB-05
July 27, 2012

**ORDERED:**   Defendant shall pay **$300.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

Defendant is advised that if she enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, she may be subject to further federal prosecutions.

**ORDERED:**   Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility (Doc #326) is **GRANTED.**

**ORDERED:**   Defendant is REMANDED to the custody of the U.S. Marshal.

**3:45 p.m.**     **COURT IN RECESS**

**Total in court time:**        43 minutes

**Hearing concluded**